1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JAMES ANTHONY WILLIAMS, | CASE NO. 3:21-cv-05887-DGE-SKV |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| JOHN DOE, | |
| Defendants. | |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, the remaining record, and no objections having been filed, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 5);

2. Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. No. 1) is DENIED;

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3. Plaintiff is directed to pay the $402.00 filing fee within thirty (30) days of the date on which this Order is signed. Failure to timely submit the filing fee will result in termination of this action;

4. Plaintiff's "motion to waive the PLRA inmate financial statement requirement" (Dkt. No. 4) is DENIED as moot; and

5. The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 15th day of March 2022.



David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2